_____ FILED     _____ ENTERED
_____ LODGED  _____ RECEIVED

**FEB 05 2020**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

COVA CAMPBELL, a/k/a Cova Hunter

Defendant.

No. **CR20 - 5065** RBL

ORDER ISSUING BENCH WARRANT

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 5th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES ___X___ NO _____**

ORDER ISSUING BENCH WARRANT – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970