The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

COVA CAMPBELL,

                        Defendant.

CASE NO.  CR 20-5065RBL

**ORDER CONTINUING TRIAL**

        THIS COURT having considered the Agreed Motion of the parties for a continuance
of the trial date and the facts set forth therein, and General Orders 01-20, 02-20, 03-20, 04-
20, 07-20, 08-20, 09-20, 10-20, and 11-20 of the United States District Court for the Western
District of Washington addressing measures to reduce the spread and health risks from
COVID-19, which is incorporated herein by reference, hereby FINDS as follows:

        1.  In light of the recommendations made by the Centers for Disease Control and
            Prevention (CDC) regarding social distancing measures required to stop the spread
            of this disease, as well as current state and local guidelines regarding social
            distancing, it is not possible at this time to proceed with a jury trial.

[Proposed] Order Continuing Trial
*United States v. Cova Campbell*, CR 20-5065RBL- 1

2. Further, because of the recommendations that individuals at higher risk of contracting this disease it would be difficult to get a jury pool.  Based on the recommendations it would also be medically inadvisable to do so.

3. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial.

IT IS THEREFORE ORDERED that the trial be continued to November 2, 2020.

IT IS FURTHER ORDERED that the period time from the date of this order up to and including the date to set for trial, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 11th day of August, 2020.

Ronald B. Leighton
United States District Judge

Presented by:

*s/ Brian Werner*
BRIAN WERNER
Assistant United States Attorney

[Proposed] Order Continuing Trial
*United States v. Cova Campbell*, CR 20-5065RBL- 2