Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>COVA CAMPBELL, a/k/a Cova Hunter,  )<br>  )<br>    Defendant.   )<br>_____ ) | NO. CR20-5065RJB<br><br>LETTERS IN SUPPORT |

COMES NOW the defendant, Cova Campbell, by and through her attorney, Lance M. Hester of the Hester Law Group, Inc., P.S., and submits the following.

Attached hereto are letters submitted on behalf of Ms. Campbell that the Court is asked to consider at the time of sentencing in the above-captioned case.

RESPECTFULLY SUBMITTED this 26th day of August, 2021.

HESTER LAW GROUP
Attorneys for Defendant

By: /s/ Lance M. Hester
LANCE M. HESTER
WSB #27813

LETTERS IN SUPPORT - 1

Honorable Judge Robert J. Bryan: 8.20.21

Cova is my sister. Cova is no longer the person she used to be physically and mentally. Cova has put on weight and has a difficult time going anywhere. She thinks everybody knows who she is and what she has done. Before all of this situation has happened, Cova was a confident and self-assured woman.

Our father was an alcoholic and just a horrible father. He would beat our mother. Cova also confided in me that our father had physically touched her.

Then there was our older brother. He had been raping Cova and me since we were kids and into our teenage years. It was severe. After all this Cova was the family member who identified him at his death scene and paid for his cremation and burial and gave up her plot to have him buried along side our mother and father.

Then she had worked for PCHA for 25 years. Cova had worked her way up from the bottom to CFO. This is great accomplishment because she never had a college degree. I looked up to Cova in all aspects of her life. Family oriented, loyal, brave, strong, confident I could go on.

When Cova was diagnosed with Ovarian Cancer it was an awakening. I have worked in the health field for 30 years. I have taken care of many clients with a cancer diagnosis. I would have never done or go through what Cova was going to have to endure. I knew it would be so very ugly. Cova and I discussed her options. I also told her that it would be ok if she just wanted to live a quality of life and not quantity of life. Cova just said she was doing this for herself. But I knew that it would be more for me. Cova has always taken care of me. She didn't want to die leaving me here alone. Cova chose chemo.

Cova suffers from Cognitive impairment or cognitive dysfunction "Chemo Brain." She suffers today. This is an ongoing disease. I have personally have witnessed her experience the following sysmptoms:

- S/S of "Chemo Brain":
- Being unusually disorganized
- Confusion
- Difficulty concentrating
- Difficulty finding the correct word
- Difficulty learning new skills
- Difficulty multitasking
- Feeling mental fogginess
- Short attention span
- Short term memory problems
- Taking longer than usual completing routine tasks
- Trouble with verbal memory. Such as being able to recall a conversation
- Trouble with visual memory. Such as recalling an image or lists

Keeping that in mind. Cova had yet again managed to have all the of the side of effects of chemo. Such as losing 70lbs, nausea and vomiting, C-diff, neutropenia, a pulmonary embolism, repeated blood transfusions along with having shortness of breath and having to use oxygen everyday all day. Cova looked she could die at any minute. Cova managed to work every day. When she was hospitalized for anemia or dehydration or both Cova would work on the weekend or stay late. Her boss was never

satisfied with Cova. Cova had to go above and beyond to prove to her boss that Cova would be able to handle the job. Her boss would have Cova go in the middle of the night to check to make sure the gate was locked. I would have to drive and take Cova because Cova was so sick, she wouldn't be able to do what he asked. He also had her go into the spider room an get documents. This is a room at the office that had black toxic mold a huge spiders and was always damp due to leaks. Cova was not able to go to this room due to her sob. I went in for her.

I had been taking care of Cova physically. Cova was very prideful. Cova called me one day not know how to get home from the grocery store. Cova and I had been born and raised in Lakewood. So, I managed to tell her back home. From then on, she would be taken work and picked up and taken where she needed to go

Now years later she has a loving husband Mark and 2 stepchildren that love and adore her. Casey calls up to 3x a day when she visits me. Blake follows her around never letting her out of his sight. That is something I noticed when I would visit.

Cova has nothing now. No money, now has to rent, and gets health care from the state. I have paid for some of Cova's bills and paid for flights. There will be no payments towards restitution while Cova is incarcerated. I know she is anxious to serve her jail time so that she can get back work and repay the debt.

Cova is still a confident and self-assured woman. It is just way down deep. When Cova is ready there will be no stopping her. I am prouder of her now than ever before.

MY SISTER IS MY STRENGTH AND PRIDE AND GOD KNOWS WHY!

Thank you for taking the time to consider what I have said when determining her sentence.


Respectfully yours,

Mona L Hunter

Jennifer Treece
20805 Church Lake Dr E
Bonney Lake, WA 98391

August 8, 2021

Honorable Robert J Bryan
c/o lance@hesterlawgroup.com

**RE: Cova Campbell**

Dear Judge Bryan,

I have known Cova Campbell and her family for about 40 years. I was about 13 when we met. I feel compelled to write this letter on her behalf as I have believe her to have remarkable attributes that hopefully will be considered during sentencing.

Fist, let me state that Cova fully accepts responsibility for her actions. She has expressed her feelings of compunction and profound sadness for the impacts that her actions have had on her former employer, the community of people they serve, her family, and people who love her.

I can tell you that Cova's childhood was not an easy one, but she was determined to rise above her circumstances. Cova has no prior criminal offenses, not even in her youth. She has cared for the children of family members when their parents have been unable to do so. She even considered adoption. She treated those children as if they were her own, purchasing food and clothes, taking time off from work to take them to medical appointments, and getting them to school. Providing them a loving environment and safety was her ultimate intent, and she did this for long periods of time. She was the primary caregiver for her mother who lived many of her last years in ill health. She took on the shopping, cooking, washing laundry, bathing, driving to doctor visits, dispensing her medications, and keeping up on the housework and home maintenance so her mom could live her last years with dignity in a comfortable, loving, and safe environment.

I have especially seen growth in the last couple of years as she took on the role of home-schooling her stepsons, Casey and Blake during the pandemic. As the matriarch of her family, step-children, siblings, and nephews are heartbroken that they will not have her to depend on for support. Cova's parents have both died, and Cova has played an integral role in their well-being for so many years. I have deep concerns about how they will manage without her for a long period of time.

Thank you for your time to read my letter. I hope it has provided helpful context to consider when sentencing. Please feel free to contact me directly, if you want to discuss further.

Sincerely,
Jennifer Treece
253-381-5657

To: Honorable Robert J. Bryan

      I wanted to write this letter in regards to Cova Campbell ( Cova Hunter ). She has her sentencing approaching and I wanted to let you know certain things that this charge doesn't represent. I've known her going on 10+ years and have always thought of her as a kind and generous soul. She has always been so helpful to me and my family regardless of the situation it would put her in. She always thinks of others first. When she explained the charges brought on her, I was absolutely floored. From my experience she has always been truthful and gracious. I understand that she has made this awful decision, but I know deep inside her she always regretted it and not just because she was caught. I know she has never been in this kind of situation before which tells me that it was simply a bad decision that gained momentum and spiraled out of control. Her honesty with me since I'm aware has been open and remorseful. Since getting married and taking on a family she has demonstrated that she is just a wonderful mom and will be sorely missed by all during her absence. The morals and empathy she has instilled in her children is obvious if you ever get a chance to meet them. I think growth has been accomplished since owning the charges. She has explained to me with tears flooding my floor just how bad it makes her feel when she thinks of all the lives this has affected. I can't tell you why she did what she did, but I can tell you that it wasn't in her nature and there must be some type of explanation. But of course, what's done is done and it's time to face the consequences. There are so many positive things that Cova can offer to this world and others. She has a glowing spirit and a continual thirst to become better in any circumstance. This experience has awakened her I believe and her remorse I wish could be punishment enough. I understand you have a job to do. I just plead with you that you look at all her life and there's nothing that resembles this. If you could please show mercy and grace when sentencing her it will have such a positive reaction for all those that will come in contact her in the future. She has so very much to offer. I want to thank you for your time and consideration.

Sincerely,

Rebecca Snyder

Snyder487@outlook.com

## CERTIFICATE OF SERVICE

Lee Ann Mathews, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, if any, and I hereby certify that I have mailed the document by U.S. Postal Service to Cova Campbell, defendant.

Signed at Tacoma, Washington this 26th day of August, 2021.

                                                       */s/ Lee Ann Mathews*
                                                       LEE ANN MATHEWS